# Court of Appeals
# of the State of Georgia

ATLANTA,  February 11, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1129. COREY GARDHIGH v. THE STATE.**

Following a jury trial, Corey Gardhigh was convicted of felony murder and voluntary manslaughter. The trial court vacated Gardhigh's felony murder conviction by operation of law and sentenced him on the voluntary manslaughter conviction, which was affirmed by the Supreme Court. *Gardhigh v. State*, 309 Ga. 153 (844 SE2d 821) (2020). Gardhigh subsequently filed an extraordinary motion for new trial, which the trial court dismissed on October 2, 2024. Gardhigh then filed his notice of appeal to the Supreme Court to challenge that order on November 7, 2024. Finding no basis for exercising its jurisdiction, the Supreme Court transferred the appeal to this Court. See Case No. S25A0382 (January 14, 2025). We, however, lack jurisdiction for two reasons.

First, Gardhigh's appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Gardhigh's notice of appeal was filed 36 days after entry of the trial court's order and is thus untimely.

Second, OCGA § 5-6-35 (a) (7) requires a discretionary application to appeal from an order denying or dismissing an extraordinary motion for new trial. *Davis v. State*, 182 Ga. App. 736, 736-737 (356 SE2d 762) (1987). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Gardhigh's failure to follow the

discretionary review procedure thus deprives us of jurisdiction over this direct appeal. See *Bradberry v. State*, 315 Ga. App. 434, 437 (727 SE2d 208) (2012).

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   02/11/2025*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.